FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 29, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VANESSA A.,[1] o/b/o NAV, a minor child,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No.   4:18-cv-05193-EFS<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND**<br><br>**JUDGMENT: REVERSED AND REMANDED** |

Before the Court, without oral argument, is the parties' Stipulated Motion for Remand, ECF No. 15. The parties ask the Court to remand this case for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).[2] Additionally, the parties expressly agree that the Administrative Judge shall:

- Obtain evidence from a medical expert consistent with Social Security Acquiescence Ruling 04-1(9) and 20 C.F.R. § 416.1016(d);

---

[1] To protect the privacy of social-security plaintiffs, the Court refers to them by first name and last initial. *See* LCivR 5.2(c).

[2] That section states, in relevant part: "The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g).

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

- Further evaluate the other source opinions about Plaintiff's limitations; and
- Reevaluate the limitations under the six functional equivalent domains.

Having considered the parties' request and the record as a whole, the Court grants the Motion and remands this case for further administrative proceedings. Upon proper presentation, the Court will consider a motion by Plaintiff for attorney fees under the Equal Access to Justice Act.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Remand, **ECF No. 15,** is **GRANTED**.
2. Pursuant to 42 U.S.C. § 405(g), this case is **REVERSED** and **REMANDED** to the Social Security Administration for further proceedings consistent with this Order and the parties' stipulation.
3. All pending motions are **DENIED AS MOOT.**
4. All hearings and other deadlines are **STRICKEN.**
5. **JUDGMENT** is to be entered in Plaintiff's favor.
6. The case shall be **CLOSED.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this  29th  day of July 2019.

                    s/Edward F. Shea
                    EDWARD F. SHEA
            Senior United States District Judge